# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PALM MEDICAL LLC, PROMED IMAGING LLC,** and **UNIFIED MEDICAL LLC,**
Appellants,

v.

**TRAVIS PALMER,** et al.,
Appellees.

No. 4D2023-1174

[February 15, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE19-025931.

Nicholas A. Shannin and Dayna Maeder of Shannin Law Firm, P.A., Orlando, for Appellants.

Samuel Coffey of Coffey McPharlin Trial Lawyers, Ft. Lauderdale, for Appellee Travis Palmer.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***